IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Anthony Quentin Robinson, #322734 | ) | C/A No.: 1:16-CV-245-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Kirkland C.I.'s Mailroom and Kirkland | ) | |
| Correctional Institution Property | ) | |
| Control, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Anthony Quentin Robinson ("Plaintiff"), proceeding pro se, filed this action alleging a violation of his constitutional rights. On February 8, 2016, the court allowed Plaintiff an opportunity to provide the documents necessary to advance this case. [ECF No. 7]. Plaintiff complied with the court's order and completed service documents for Kirkland Correctional Institution Mailroom and Kirkland Correctional Institution Property Control. [ECF No. 9]. Plaintiff also indicated he no longer wished to pursue claims against Kirkland Postal Director Ms. Albert and Sgt. Andrews, Kirkland Property Control, noting the prison was not cooperating and he could not find a full name for defendants. [ECF No. 9-1]. On February 18, 2016, the court issued an order directing the complaint be served on the remaining defendants Kirkland Correctional Institution Mailroom and Kirkland Correctional Institution Property Control. [ECF No. 12]. On May 31, 2016, the summons was returned to the court unexecuted with the notation "SCDC OGC cannot accept – not a proper entity." [ECF No. 16]. On July 29, 2016, the court ordered Plaintiff to provide

updated service documents with information sufficient to identify a proper defendant in this case. [ECF No. 17]. Plaintiff was warned that the failure to provide the necessary information within a specific time period would subject the case to dismissal. *Id.* The time for response expired on August 22, 2016, and Plaintiff did not file a response. As Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court, the case is **dismissed** *without prejudice* pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

    IT IS SO ORDERED.

August 23, 2016                                          s/ R. Bryan Harwell
Florence, South Carolina                           R. Bryan Harwell
                                                                              United States District Judge

### NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.