AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| Anthony Quentin Robinson, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:16-cv-00245-RBH-SVH |
| Kirkland C.I.'s Mailroom; Kirkland Correctional Institution Property Control, | ) | |
| *Defendants* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ the plaintiff, Anthony Quentin Robinson, shall take nothing of the defendants, Kirkland C.I.'s Mailroom and Kirkland Correctional Institution Property Control, and this action is dismissed without prejudice.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable R. Bryan Harwell, United States District Judge, presiding, dismissing the action without prejudice for failure to prosecute pursuant to Rule 41(b).

Date:   September 1, 2016                                                                 *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                                                    s/M. Walker
                                                                                                              *Signature of Clerk or Deputy Clerk*